UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHARLES C. HOWLAND,

                Plaintiff,          ORDER
                                      07 CV 2332 (ILG) (SMG)

    -against-

ERIC E. RESTEINER,
DR. KENNETH MITCHELL and
MARIETTA MITCHELL,

                Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

       A Clerk's Certificate of Default having been entered on October 22, 2007, as to defendant Eric E. Resteiner, this matter is hereby referred to Magistrate Judge Steven M. Gold to conduct an inquest and to report and recommend on the issue of damages.

       SO ORDERED.

Dated:      Brooklyn, New York
               October 22, 2007

                                                      S/
                                              I. Leo Glasser

Filed by ECF and copy mailed to:

Eric E. Resteiner
25265-038
100 - 29th Street
Brooklyn, NY 11232