UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHARLES C. HOWLAND,

                Plaintiff,          ORDER
                                                  07 CV 2332 (ILG) (SMG)

      -against-

ERIC E. RESTEINER, et al.,

                Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

      A Report and Recommendation of Magistrate Judge Gold, dated March 18, 2008, recommending that defendant Resteiner be found liable for making fraudulent transfers, and that a judgment be entered against him in the amount of $141,908 with prejudgment interest at the rate of 9% per annum from July 1, 2000, to be calculated by the Clerk of Court at the time final judgment is entered. Any objections were to be made by April 1, 2008, and that failure to do so may waive a right to appeal. As of this date, no objection has been filed.

      The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that defendant Resteiner is liable for making fraudulent transfers, and that a judgment be entered against him in the amount of $141,908 with prejudgment interest at the rate of 9% per annum from July 1, 2000, to be calculated by the Clerk of Court at the time final judgment is entered.

      SO ORDERED.

Dated:      Brooklyn, New York
              April 10, 2008

                                                                  S/
                                               I. Leo Glasser